**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jahi Aminata Dumisani, | No. CV 07-2514-PHX-SMM (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Remand to State Court (Doc. 13), which is now ready for the Court's consideration. Accordingly,

**IT IS HEREBY ORDERED withdrawing the reference** to the Magistrate Judge as to Plaintiff's Motion to Remand to State Court (Doc. 13). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 15th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge